IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF ARKANSAS
WESTERN DIVISION

ARDELLE J. YINGLING                                          PLAINTIFF

v.                        No. 4:13-cv-414-DPM

XTO ENERGY INC.                                              DEFENDANT

## JUDGMENT

Yingling's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

11 September 2014